UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LINDSAY RATLIFF, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ANTHEM INSURANCE COMPANIES, INC., ) <br> ) <br> Defendant. ) | Case No.: 1:19-cv-02276-TWP-DML |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Lindsay Ratliff, and Defendant, Anthem Insurance Companies, Inc., having filed their Stipulation of Dismissal with Prejudice.

IT IS THEREFORE ORDERED that the above-captioned action is DISMISSED WITH PREJUDICE, with each party bearing his or its own costs and attorney's fees.

Date: 10/30/2019

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all counsel of record via the Court's CM/ECF System.